UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


WILLIAM BARRON

          (Plaintiff)    :


                            :        Civil 98-4830 (WHW)

        v.

                            :          ORDER

JAMES BARBO, et al

          (Defendant)

                            :


It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an affidavit from the plaintiff,


It is on this 23$^{re}$ day of January 2009,


O R D E R E D  that the notice of call for dismissal be withdrawn.


                                   S/ William H. Walls

                                   _____

                                   WILLIAM H. WALLS
                                   United States District Judge