## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM BARRON                             :

       Plaintiff                    CIVIL ACTION NO. 98-4830 (WHW)

       v.                           :

JAMES BARBO, et al                         :

       Defendant                    :


It appearing that plaintiff **WILLIAM BARRON** is now confined at New Jersey State Prison in Trenton under the custody of Warden of said institution, and is the plaintiff in the above entitled case which will be brought to trial before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing **June 2, 2009** at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, at 10:00 a.m until or about **June 12, 2009.**

It is **ORDERED** on this 28th day of May, 2009, a Writ of Habeas Corpus do issue.

                              William H. Walls, U.S.S.D.J.

---

**WRIT OF HABEAS CORPUS**       The United States of America to
                                           Warden of the New Jersey State Prison

We Command that you have the body of **WILLIAM BARRON** (by whatever name called or charged), now confined at New Jersey State Prison in Trenton before the United States District Court at 50 Walnut St., Newark, New Jersey, commencing **June 2, 2009 until or about June 12, 2009** in the above matter. Immediately on the completion of the proceedings, the above will be returned to said place of confinement in a safe and secure conduct.

Witness the HON. WILLIAM H. WALLS

                                           WILLIAM T. WALSH, CLERK
                                           United States District Court
                                           by:_____
                                           Loretta Minott, Deputy Clerk